**STATE v. LAND**

[366 N.C. 383 (2012)]

| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | From Mecklenburg County |
| | ) | |
| ROBIN EUGENE LAND | ) | |

No. 510A12

## ORDER

The defendant's petition for discretionary review as to additional issues in this matter is allowed only as to the following issue: whether the Court of Appeals imposed a standard of review that is inconsistent with the standard set out in *Strickland v. Washington*. The remaining issues are denied.

By Order of this Court, this 24th day of January, 2013.


s/Beasley, J.
For the Court